# IN THE SUPREME COURT OF THE STATE OF NEVADA

GANDALF VENTURES, LLC, A
DOMESTIC LIMITED-LIABILITY
COMPANY, D/B/A SYNERGY
SOTHEBY'S INTERNATIONAL
REALTY; BRIDGET BARROW,
                    Appellants,
vs.
LVNS INVESTMENTS, LLC, A
NEVADA LIMITED-LIABILITY
COMPANY,
                    Respondent.

No. 82196

FILED

SEP 27 2021

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed.[1] NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Mark R. Denton, District Judge
       William C. Turner, Settlement Judge
       David J. Winterton & Associates, Ltd.
       James R. Christensen
       Eighth District Court Clerk

---

[1]Appellants may seek the return of their bond in the district court, if deemed warranted.

21-27747